

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| CORNERSTONE DISTRIBUTING, INC., | * | CIV 06-4267 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| SCHUFT FAB II, INC.; NICK SCHUFT; and ANDREW H. ASHWILL, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Defendant has filed a Motion for Protective Order as to Discovery Documents, Doc. 62, with an attached Stipulation for Protection Order, for the protection of confidential information in this action. No basis is established to show why certain documents and other information should be sealed and not subject to public inspection. There are circumstances under which information should be sealed but the Court must be presented with a factual basis as well as a legal basis for consideration before ordering that any filed information be closed to public inspection.

Dated this 25th day of February, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
DEPUTY