UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
MAR 3 1 2008

CLERK

| | |
|---|---|
| CORNERSTONE DISTRIBUTING, INC., <br> Plaintiff, <br> vs. <br> SCHUFT FAB II, INC., NICK SCHUFT, and ANDREW H. ASHWILL, <br> Defendants. | CIV06-4267 <br><br> Order on Motion |

The Plaintiff has filed a Motion to File under seal the Affidavit of R. Alan Peterson and attachments. The parties should refer to the Order dated February 26, 2008 (doc 63) filed in this case which states" the Court must be presented with a factual basis as well as a legal basis for consideration before ordering that any filed information be closed to public inspection". Based upon that order, IT IS ORDERED that motion to file under seal the Affidavit of R. Alan Peterson and attachments thereto is denied.

Dated this  31  day of March, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Shelly Margulies
DEPUTY