United States District Court
District of South Dakota
Southern Division

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Cornerstone Distributing, Inc.,<br>　　Plaintiff,<br>vs.<br><br>Schuft Fab II, Inc., Nick Schuft, and<br>Andrew H. Ashwill,<br>　　Defendants. | Civ. 06-4267<br><br>Notice of Appearance |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

To: the Court, Nick Schuft, Schuft Fab II, and Cornerstone Distributing and its attorneys of record.

**Please take notice** that William E. Blewett, of Meierhenry Sargent, LLP, hereby makes his appearance on behalf of the Defendant Andrew H. Ashwill.

Dated this 7th day of July, 2010.

　　　　　　　　　　　　　　　　　MEIERHENRY SARGENT, LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　William E. Blewett
　　　　　　　　　　　　　　　　　315 South Phillips Avenue
　　　　　　　　　　　　　　　　　Sioux Falls, SD  57104
　　　　　　　　　　　　　　　　　605-336-3075
　　　　　　　　　　　　　　　　　605-336-2593 facsimile
　　　　　　　　　　　　　　　　　bill@meierhenrylaw.com
　　　　　　　　　　　　　　　　　*Attorneys for the Defendant, Andrew H.*
　　　　　　　　　　　　　　　　　*Ashwill*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Notice of Appearance were filed electronically using the CM-ECF system, and thereby served electronically upon:

| | |
|---|---|
| Lee A. Magnuson<br>LYNN, JACKSON, SHULTZ & LEBRUN, P.C.<br>PO Box 2700<br>Sioux Falls, SD 57101-2700<br>332-5999<br>332-4249 (fax)<br>*lmagnuson@lynnjackson.com* | Miles F. Schumacher<br>LYNN, JACKSON, SHULTZ & LEBRUN, P.C.<br>PO Box 2700<br>Sioux Falls, SD 57101-2700<br>(605) 332-5999<br>(605) 332-4249 (fax)<br>*mschumacher@lynnjackson.com* |

and were served via first class mail, postage prepaid, upon:

| | |
|---|---|
| Nick Schuft<br>22712 30th Street<br>Stewart, MN 55385-5902<br>320-562-0108<br>*Pro Se* | Schuft Fab II, Inc.<br>22712 30th Street<br>Stewart, MN 55385-5902<br>320-562-0108 |

On this 7th day of July, 2010.

_____
For the Firm