

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| CORNERSTONE DISTRIBUTING, INC., | * | CIV 06-4267 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| | * | OF ANDREW H. ASHWILL |
| SCHUFT FAB II, INC.; NICK SCHUFT; | * | |
| and ANDREW H. ASHWILL, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation of Dismissal of Defendant Andrew H. Ashwill with Prejudice, Doc. 112, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint and causes of action of the Plaintiff against the Defendant Andrew H. Ashwill and the Counterclaim and claims of Andrew H. Ashwill against Cornerstone Distributing, Inc. are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees. The Court also retains jurisdiction of this matter to enforce the terms of any settlement agreement entered into between the parties, if there is a settlement agreement as opposed to a direct dismissal. *See Harris v. Arkansas State Highway and Transp. Dep't*, 437 F.3d 749 (8th Cir. 2006).

Dated this 24th day of February, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _Colleen Schultz_
DEPUTY