UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 0 2 2011
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CORNERSTONE DISTRIBUTING, INC., | CIV 06-4267 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL OF SCHUFT FAB, II, INC. and NICK SCHUFT |
| SCHUFT FAB II, INC.; NICK SCHUFT; and ANDREW H. ASHWILL, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation of Dismissal with Prejudice, Doc. 132, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint and causes of action of the Plaintiff against the Defendants Schuft Fab II, Inc. and Nick Schuft and the Counterclaim and claims of Defendants against Cornerstone Distributing, Inc. are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees. The Court also retains jurisdiction of this matter to enforce the terms of any settlement agreement entered into between the parties, if there is a settlement agreement as opposed to a direct dismissal. *See Harris v. Arkansas State Highway and Transp. Dep't*, 437 F.3d 749 (8th Cir. 2006).

Dated this 2nd day of September, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Colleen Schutte
DEPUTY